1 of 3

United States District Court
Middle District of Florida
Jacksonville Division

3:21-CV-14-J-20JBT

Pathoni A. Barrett
Plaintiff    Pro se

LEGAL MAIL
Provided to Florida State Prison on
12 30 20 for mailing by ___

V.

The department of Correction, et al
Defendants

FILED 2021 JAN -6 PM 1:07 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FL

"Judicial Notice for Judicial Action" 28 U.S.C. 535 (A)(B)
Comes now Plaintiff Pathoni A. Barrett Pro se by and through himself in proper person, Pursuant to the above Judicial Action here in Plaintiff will show to the Court the following:

(1) Plaintiff contends that the department of correction has authorized some outside entity to run some type of medical & mental experiment on my body & mind without my consent

(2) Plaintiff contends that I am a living humane being and no one has the right to do anything physically or mental without my consent

(3) Plaintiff contend that as a result of this unauthorize operation done on my body I suffered severely physically, such as: my heart has been damaged, my intestines has been damaged, my asshole was cut intentionally by the device that was placed inside my body, my dick does not get hard and has been damaged, my spine has been damaged, and their is some type of device stuck in my rectum

(4) Plaintiff content that the dept of Correction & these outside entities have been falsefying document in my name in an effort to create a illusion that I am the one actually filing and/or is aware what is going on & gave consent

(5) Plaintiff contend that some type of device was placed in my body without my consent while in the custody of the department of correction at Santa Rosa Annex that has the capabilities of forcing images, thoughts in my head, has some type of speaker that allows these outside entities to constantly talk to me 24 hours a day, that is being controlled by these outside entities, and the department of Corrections is knowledgeable of what is going on & allowing this to happen. This device is being fueled by the chemical agents that is used to quell disturbances so I am constantly being sprayed without justification just so this device can be useable.

(6) Plaintiff contend that this device is & has been being used to sexually assault me day in & day out in the form of vibrating this device in my asshole, moving this device up & down in my asshole. I have tried numerous times to report this but the department of Correction, medical, mental health staff, Security Staff is working in union to cover it up.

(7) Plaintiff contend that the department of correction & these outside entities are releasing footages of me on the internet both in Jamaica, Florida, & Canada without my consent. Altering images, using my voice & my story

(8) Plaintiff contend that this has been going on for over a year & started at Santa Rosa and since then I have been a victim of cruel & unusual treatment, acts of violence, acts of intimmidation, all in an effort to deter me from seeking justice for myself

(9) Plaintiff contend that my grievances, legal mail are being destroyed, and/or intentionally being thrown away in an effort to cover up the fact that I have been reporting & complaining about these issues

## Conclusion & Relief

Plaintiff is requesting Judicial action by the Court in the following forms:

(1) An order by the Court to the dept. of Correction to take corrective action to help Protect Plaintiff life, safety & health.

(2) Issue an order to all federal agencies to open a investigation to fully & thoroughly investigate these unlawfull action of the dept of Corrections & these outside entities

(3) Issue an order to the florida State Prison Warden, Kernel, major, grievance Co-ordinator, etc to stop obstructing my grievances, stop unlawfully using chemical agents on me to fuel this device, stop putting me on property restriction as a means to take my grievances & legal work in a effort to cover up their unlawfull action, and stop denying me medical treatment.

(4) Issue an order to the dept of Correction, Santa Rosa C.I., Lake Butler, Florida State Prison & the hospital I was sent to on 12/21/19 to produce all documents/information concerning this device, experiments including date, time, name. etc.

(5) Issue an order to the inspector general office to come and see me & launch an investigation into this matter